IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIANE GARCIA,

      Plaintiff,

v.   No. 1:12-cv-01172-LAM-KBM

MRS ASSOCIATES, INC. and
GENERAL MOTORS FINANCIAL COMPANY, INC.,
d/b/a GM FINANCIAL, f/k/a AMERICREDIT,

      Defendants.

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff Diane Garcia notifies the Court that she and Defendants MRS Associates Inc., and General Motors Finacial Company, Inc. d/b/a GM Financial f/k/a AmeriCredit ("FIA"), have reached a settlement agreement. Upon completion of certain settlement terms, Plaintiff will file a stipulation of voluntary dismissal with prejudice.


Respectfully submitted:

FEFERMAN & WARREN, Attorneys for Plaintiff

 /s/ *Charles Parnall*
CHARLES PARNALL
300 Central Ave. SW, Suite 2000 West
Albuquerque, New Mexico 87102
(505) 243-7773
(505) 243-6663 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties of counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Mark A. Glenn | Mark@moseslaw.com |
| Jessica A. Janet | Jessica@moseslaw.com |

*/s/ Charles Parnall*
Charles Parnall