IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIANE GARCIA,

        Plaintiff,

v.                                                                  No. 1:12-cv-01172-LAM-KBM

MRS ASSOCIATES, INC. and
GENERAL MOTORS FINANCIAL COMPANY, INC.,
d/b/a GM FINANCIAL, f/k/a AMERICREDIT,

        Defendants.

## AMENDED STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Diane Garcia and Defendant General Motors Financial Company, Inc., d/b/a GM Financial f/k/a AmeriCredit ("AmeriCredit"), hereby dismiss this action, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).  Each shall bear their own attorneys' fees and costs.

Respectfully submitted,

FEFERMAN & WARREN,
Attorneys for Plaintiff

  /s/ Charles Parnall
Charles Parnall
300 Central Ave. SW, Suite 2000 West
Albuquerque, New Mexico 87102
(505) 243-7773
(505) 243-6663 (fax)

MOSES, DUNN, FARMER & TUTHILL, P.C.,
Attorneys for Defendant AmeriCredit

 Approved via email on 5/3/13
Mark A. Glenn
P.O. Box 27047
Albuquerque, New Mexico 87125-7047
(505) 843-9440

## CERTIFICATE OF SERVICE

       I hereby certify that on May 3, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties of counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Mark A. Glenn | Mark@moseslaw.com |
| Jessica A. Janet | Jessica@moseslaw.com |

<u>*/s/ Charles Parnall*</u>
Charles Parnall